IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JONATHON LYNN HEATH,

       Plaintiff,

   v.

NATHANIEL EDWARD KLINKNER,

       Defendant.

Civil No. 07-1380-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Plaintiff's motion to voluntarily dismiss this action without prejudice (#6) is GRANTED.

    IT IS SO ORDERED.

    DATED this  16th  day of October, 2007.

                   /s/ Donald C. Ashmanskas
                     Donald C. Ashmanskas
                     United States Magistrate Judge

1 - ORDER -